**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 56 EAL 2018
:
            Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
       v. :
:
:
QUAY TAYLOR, :
:
            Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.